IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS ALVAREZ-MEJIA,

       Plaintiff,                     CV F 05 0545 LJO WMW   PC

  vs.                             ORDER FINDING COMPLAINT
                                      STATES A COLORABLE CLAIM
                                      AND DIRECTING PLAINTIFF
                                      TO COMPLETE USM 285 FORM

D. CANO, et al.,

       Defendants.

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Cano on Plaintiff's allegation that he was retained in Administrative Segregation based upon his ethnicity. Accordingly, it is HEREBY ORDERED that:

1.     Service is appropriate for the following defendants:

        D. CANO

2..    The Clerk of the Court shall send plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the

1

1     first amended complaint filed June 29, 2007.

2   3.   Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.   Completed summons;

    b.   One completed USM-285 form for Defendant Cano and

    c.   Two copies of the endorsed first amended complaint filed June 29, 2007.

4.   Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.   <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   March 3, 2008**              /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE