UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESUS ALVAREZ-MEJIA,   1:05-cv-00545-LJO-WMW (PC)

    Plaintiff,

v.   DISCOVERY ORDER
    SCHEDULING ORDER

D. CANO,

    Defendant.

| | |
|---|---|
| Unenumerated Rule 12(b) Motion Deadline - | 8/4/2008 |
| Deadline to Amend Pleadings - | 12/4/2008 |
| Discovery Cut-Off Date - | 2/4/2009 |
| Dispositive Motion Deadline - | 4/6/2009 |

_____/

    Defendant D. Cano has answered the first amended complaint filed on June 29, 2007. Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

    1. Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135, and shall only be filed when required by Local Rules 33-250(c), 34-250(c), and 36-250(c);

    2. Responses to written discovery requests shall be due forty-five (45) days after the request is first served;

    3. To ensure that the responding party has forty-five (45) days after the request is first served to respond, discovery requests must be served at least forty-five (45) days before the discovery deadline;

    4. Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen (14) days before such a

1 deposition, defendants serve all parties with the notice required by Federal Rule of Civil Procedure
2 30(b)(1); and

3     5. If disputes arise about the parties' obligations to respond to requests for discovery, the
4 parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules
5 of Civil Procedure and Rules 11-110, 7-130, 7-131, 5-133, 5-135, 6-136, 43-142, and 78-230(m) of
6 the Local Rules of Practice for the United States District Court, Eastern District of California.
7 Unless otherwise ordered, Local Rule 37-251 shall not apply, and the requirement set forth in
8 Federal Rules of Civil Procedure 26 and 37 that a party seeking relief from the court certify that he
9 or she has in good faith conferred or attempted to confer with the other party or person in an effort to
10 resolve the dispute prior to seeking court action shall not apply. Voluntary compliance with this
11 provision of Rules 26 and 37 is encouraged, however. A discovery motion that does not comply
12 with all applicable rules will be stricken and may result in imposition of sanctions.

13     Further:

14     6. The parties are advised that the deadline for filing motions to dismiss for failure to
15 exhaust the administrative remedies pursuant to the unenumerated portion of Federal Rule of Civil
16 Procedure 12(b) shall be August 4, 2008;

17     7. The deadline for amending the pleadings shall be December 4, 2008;

18     8. The parties are advised that the deadline for the completion of all discovery, including
19 filing motions to compel, shall be February 4, 2009;

20     9. The deadline for filing pre-trial dispositive motions shall be April 6, 2009;[1]

21     10. **A request for an extension of a deadline set in this order must be filed on or**
22 **before the expiration of the deadline in question**; and

23     11. **Extensions of time will only be granted on a showing of good cause.**

24

25 IT IS SO ORDERED.

26 ---

27     [1] The pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions to dismiss for failure to exhaust. Unenumerated Rule 12(b) motions for failure to exhaust must be filed on or before the deadline
28 separately set forth in this order.

1  **Dated:   June 4, 2008**                     /s/  William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE