IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS ALVAREZ-MEJIA, | ) | No. 1:05-cv-0545-PHX-GMS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| D. CANO, | ) | |
| Defendant. | ) | |

The Court has received and considered Plaintiff's Motion to be Rescheduled for the Deposition Hearing (Dkt. # 30), and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and directing Defendant's counsel to provide an interpreter.

DATED this 19th day of February, 2009.

_____
G. Murray Snow
United States District Judge